*Forsyth,* 472 U. S. 511, 526 (1985). See *Hunter, supra,* at 227 (collecting cases).

Because the Court of Appeals did not have the benefit of our decision in *Hunter* when it was deciding this case, I would summarily reverse the judgment and remand the case so the Ninth Circuit may reexamine its decision in light of the correct legal standards.

No. 91–1667. CENTRA ET AL. *v.* MCDONALD ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–7247. WILLIAMSON *v.* OKLAHOMA, 503 U. S. 973;
No. 91–7648. ANDERSON *v.* UNITED STATES, 503 U. S. 995; and
No. 91–7655. LLOYD *v.* UNITED STATES, 503 U. S. 996. Petitions for rehearing denied.

JUNE 3, 1992

No. A–913 (91–8475). GRANVIEL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

JUNE 8, 1992

No. 91–734. NORTHWEST AIRLINES, INC. *v.* WEST. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Morales* v. *Trans World Airlines, Inc., ante,* p. 374.

No. 91–6762. CORLEY *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-